# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No. 1:13-MJ-00205-SAB |
| JUAN MANUEL TORRES, | )<br>) |

FILED OCT 16 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
*Place*

on **OCTOBER 25, 2013 AT 1:30 P.M. in Courtroom 8 before Judge McAuliffe**
*Date and Time*

If blank, defendant will be notified of next appearance.

The defendant must sign an Appearance and Compliance Bond, if ordered.

(5) **DEFENDANT IS ORDERED RELEASE ON THURSDAY, OCTOBER 17, 2013 AT 8:00 A.M.** from Fresno County Jail.

(Copies to: Defendant; US Attorney; US Marshal; Pretrial Services or Probation; or Federal Defenders Office in Fresno, CA and FD office shall mail a copy of this Order to defendant)

**TORRES, Juan Manuel**
**Doc. No. 1:13-CR-205**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization: Sara Avila.

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Sara M. Avila_
CUSTODIAN

☑ (7) The defendant shall:

☑ (a) **report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;**
☑ (b) **report in person to the Pretrial Services Agency on the first working day following your release from custody;**
☑ (c) **cooperate in the collection of a DNA sample;**
☑ (d) **reside at a location approved by the PSO, and not change your residence without the prior approval of the PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO;**
☑ (e) **report any contact with law enforcement to our PSO within 24 hours;**
☐ (f) maintain or actively seek employment, and provide proof thereof to the PSO upon request;
☐ (g) maintain or commence an educational program;
☐ (h) not associate or have any contact with: unless in the presence of counsel or otherwise approved in advance by the PSO;
☑ (i) **refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;**
☐ (j) refrain from (excessive) (any) use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
☐ (k) submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;
☐ (l) report any prescriptions to PSO within 48 hours of receipt;
☐ (m) take all medications as prescribed by a licensed medical practitioner;
☑ (n) **participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;**
☐ (o) surrender your passport to the Clerk, United States District Court, and obtain no passport during the pendency of this case;
☐ (p) not obtain a passport or other traveling documents during the pendency of this case;
☑ (q) **not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;**
☑ (r) **not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;**
☑ (s) **not use or possess a computer in your residence or at any other location unless otherwise approved by the PSO;**
☑ (t) **be notified the PSO shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;**
☑ (u) **not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;**
☑ (v) **not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;**
☑ (w) **not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;**
☑ (x) **not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;**
☑ (y) **participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;**
☑ (z) **Your release on bond shall be delayed until Thursday, October 17, 2013, at 8:00 a.m.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
*Defendant's Signature*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

Date: 10/16/13

_____
*Judicial Officer's Signature*

**BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE**
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL