## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JUAN MARTIN TORRES<br><br>          Defendant. | CR NO: 1:13-CR-00390 AWI/BAM |

### APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:  JUAN MARTIN TORRES
Detained at
Detainee is:    a.)    ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                       charging detainee with: _____
        or      b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ☒ return to the custody of detaining facility upon termination of proceedings
        or      b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

*Appearance is necessary on 06/23/2014 at 1:00 PM in Courtroom 3 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  June 9, 2014

/s/ Gary S. Austin
Honorable Gary S. Austin
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1351449 | DOB: | 02/02/1988 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)