# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JUAN MARTIN TORRES<br><br>              Defendant. | CR NO: 1:13-CR-00390 AWI/BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum           ☐ Ad Testificandum

Name of Detainee: JUAN MARTIN TORRES
Detained at: _____

Detainee is:  a.) ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
              charging detainee with: _____

          or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
            or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary on 08/25/2014 at 1:00 PM in Courtroom 3 in the Eastern District of California.**

Signature:                    /s/ Michael G. Tierney
Printed Name & Phone No:      MICHAEL G. TIERNEY
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum           ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 18, 2014                    /s/ Sheila K. Oberto
                                          Honorable Sheila K. Oberto
                                          U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1351449 | DOB: | 02/02/1988 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                    (signature)