# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



**OCT 2 3 2014**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JUAN MARTIN TORRES

        Defendant.

CR NO: 1:13-CR-00390 AWI/BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    JUAN MARTIN TORRES

Detained at

Detainee is:    a.)    ☐ charged in this district by:    ☒ Indictment ☐ Information ☐ Complaint
                charging detainee with:

    or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings
    or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                is currently being served at the detaining facility

**Appearance is necessary on 10/27/2014 at 1:00 PM in Courtroom 3 in the Eastern District of California.**

Signature:    /s/ Michael G. Tierney

Printed Name & Phone No:    MICHAEL G. TIERNEY

Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: ___10/23/14___

_Sheila K. Oberto_
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #:    1351449

Facility Address:    Fresno County Sheriff

Facility Phone:    (559) 488-3939

Currently

☒Male  ☐Female

DOB:    02/02/1988

Race:    HISPANIC

FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)