1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   VINCENZA RABENN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-390-AWI-BAM

12                Plaintiff,
                                        STIPULATION AND ORDER TO CONTINUE
13        v.                            STATUS CONFERENCE

14 JUAN MARTIN TORRES,

15                Defendant.

16

17                              **BACKGROUND**

18         This matter is currently scheduled for a status conference on **October 13, 2015**. Court staff,

19 however, have informed the parties that the Court is unavailable on that date. The parties therefore

20 request that the status conference be continued to **November 9, 2015**. Counsel agree that time between

21 the current date of the status conference and the November 9 should be excluded under the Speedy Trial

22 Act for defense preparation and continuity of counsel.

23         A proposed order appears below.

24 //

25 //

26 //

27 //

28 //

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for October 13, 2015 be continued to November 9, 2015. Time shall be excluded from October 13, 2015 to November 9, 2015 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 11, 2015     By:     /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DATED: September 11, 2015     By:     /s/ Marc Days
Marc Days
Attorney for Juan Martin Torres

## O R D E R

**IT IS SO ORDERED that** the 9th Status Conference is continued from October 13, 2015 to November 9, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 USC section 3161(h)(7)A) and (h)7(B)(iv). The parties shall be prepared to select a trial date.

IT IS SO ORDERED.

Dated: **September 16, 2015**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE