# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>**JUAN MARTIN TORRES**<br><br>                Defendant. | CR NO: 1:13-CR-00390 AWI/BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: JUAN MARTIN TORRES
Detained at

Detainee is:    a.)    ☐ charged in this district by:    ☒ Indictment    ☐ Information    ☐ Complaint
                       charging detainee with:
   or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings
   or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

**Appearance is necessary on 02/02//2016 at 8:30 AM to possibly to 02/05/16 in Courtroom 2 for trial**

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jan 22, 2016**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. Magistrate Judge

---

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| AKA(s) (if | | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1351449 | | DOB: | 02/02/1988 |
| Facility Address: | Fresno County Sheriff | | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | | FBI#: | |
| Currently | USM# 70805-097 | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)