# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN TORRES<br><br>Defendant. | CR NO: 1:13-CR-00390 AWI - BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum  ☒ Ad Testificandum

Name of Detainee: SALVADOR SANCHEZ
Detained at:

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**APPEARANCE is necessary on 02/02/2016 at 8:30AM to possibly 02/05/16 in Courtroom 2 for trial**

Signature: /s/ Vicenza Rabenn
Printed Name & Phone No: VINCENZA RABENN
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum  ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jan 28, 2016**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 1612056 | DOB: | 05/04/1997 |
| Facility Address: | Fresno County Sheriff's Office | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | USM# 7074383 | | |

## RETURN OF SERVICE

Executed on: _____

(signature)