**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:13-CR-00390 AWI/BAM |
| **JUAN MARTIN TORRES** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: JUAN MARTIN TORRES
Detained at

Detainee is:
a.) ☐ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint charging detainee with:
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary on 05/09//2016 at 10:00 AM in Courtroom 2 for sentencing.**

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 27, 2016**

Honorable Stanley A. Boone
U.S. Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 1351449 | DOB: | 02/02/1988 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | USM# 70805-097 | | |

## RETURN OF SERVICE

Executed on: _____

(signature)